(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court<br>_Eastern_ District of _New York_ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Falco, Francis J | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>N/A AKA Frank Falco | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>■■■-■■-7478 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>12 Ruth Place<br>Lynbrook, NY 11563<br>Nassau County | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Nassau | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
[✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|
| [✓] Individual(s)          [ ] Railroad<br>[ ] Corporation          [ ] Stockbroker<br>[ ] Partnership          [ ] Commodity Broker<br>[ ] Other _____          [ ] Clearing Bank | [ ] Chapter 7     [ ] Chapter 11     [✓] Chapter 13<br>[ ] Chapter 9     [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>[✓] Consumer/Non-Business          [ ] Business | **Filing Fee** (Check one box)<br>[✓] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
[✓] Debtor estimates that funds will be available f...
[ ] Debtor estimates that, after any exempt prope... be no funds available for distribution to unsec...

Estimated Number of Creditors: [✓] 1-15   [ ] 16-49

Estimated Assets:
[ ] $0 to $50,000   [ ] $50,001 to $100,000   [✓] $100,001 to $500,000   [ ] $500,001 to $1 million

Estimated Debts:
[ ] $0 to $50,000   [ ] $50,001 to $100,000   [✓] $100,001 to $500,000   [ ] $500,001 to $1 million

---

THIS SPACE IS FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
Eastern District of New York                      RECEIPT

Case # 04-81948 CISB        Chapter 13        # 000191855 - AH
Filed: 10:05 AM, 03/26/04    Central Islip    10:11 AM, March 26, 2004

| Code | Qty | Amount |
|---|---|---|
| 13 | 1 | $194.00 |

Judge: Stan Bernstein
Trustee: Michael J. Macco

Debtor(s):
   Francis Falco

**First Meeting of Creditors**
09:00 AM, May 06, 2004                              **TOTAL PAID: $194.00**
Office of the U.S. Trustee                          From: Francis Falco
Long Island Federal Courthouse                      12 Ruth Place
560 Federal Plaza - Room 561                        Lynbrook, NY 11563-0000
Central Islip, NY 11722-4437                        1x4  1x10  9x20                    8

(Official Form 1) (12/02)                                                                FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Francis J Falco* |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: *Eastern District of New York* | Case Number: *03-85320* | Date Filed: *8.18.03* |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed] Frank Falco*
Signature of Debtor

X _____
Signature of Joint Debtor

*516.596.6754*
Telephone Number (If not represented by attorney)

*3.25.04*
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): _Frank Falco_____ CASE NO.:_____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N): _N_   [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE:_____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:_____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____   [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE:_____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:_____

(OVER)

SCLOSURE OF RELATED CASES (cont'd)

CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

ASE STILL PENDING (Y/N):____   [*If closed*] Date of closing:_____

URRENT STATUS OF RELATED CASE:_____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

IANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):_____

EAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED
N SCHEDULE "A" OF RELATED CASE:_____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):____

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

_____        _____
Signature of Debtor's Attorney           Signature of Pro Se Debtor/Petitioner

                                        _____
                                        Mailing Address of Debtor/Petitioner

                                        _____
                                        City, State, Zip Code

                                        _____
                                        Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

Rev. 06/29/1

USDC-2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

OCWEN FINACIAL SERVICES, INC

In Re:

                                      Case No.

                                      Chapter

_Frank Falco_ Debtor(s)
-----------------------x

## VERIFICATION OF CREDITOR MATRIX

       The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Dated: 3-26-04

_Frank Falco_
Debtor

_____
Joint Debtor

_____
Attorney for Debtor

USBC-74

Ocwen financial services inc
c/o litton loan servicing lp
4828 loop central drive
houston,texas 77081

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

OCWEN FINACIAL SERVICES INC

Re ----------------------------X

Case No.

Chapter

Frank Falco ............ Debtor(s) ----------X

## NOTICE TO PRO-SE DEBTORS

IF YOU ARE FILING A PETITION IN BANKRUPTCY WITHOUT AN ATTORNEY REPRESENTING YOU (PRO-SE) PLEASE COMPLETE THE FOLLOWING:

Debtor(s) Name: __FRANK FALCO__

Address: __12 Ruth Pl   Lynbrook   NY   11563__

Telephone No.: __516-596-6754__

PLEASE CHECK THE APPROPRIATE BOXES:

[✓] PAID FILING FEE IN FULL

[ ] APPLIED FOR INSTALLMENT PAYMENTS

[ ] APPLIED FOR IFP

[ ] PREVIOUS FILINGS
    List case numbers: 1._____ 2._____ 3._____

[✓] NOT ASSISTED IN PREPARATION/FILING OF PETITION AND SCHEDULES

[ ] ASSISTED IN PREPARATION/FILING OF PETITION AND SCHEDULES
    (If this box was checked, please completed the following information)

NAME OF PERSON THAT ASSISTED_____

ADDRESS_____

TELEPHONE_____

AMOUNT PAID_____

DATE OF PAYMENT_____

Dated:

_____Frank Falco_____
Debtor's Signature

_____
Debtor's Signature

USBC-60